RICHARD A. RYDELL v. CITY OF ATLANTIC CITY.

September 11, 1987.

Petition for certification denied.

BRUCE FRANCHETTI v. LESTER BAILEY.

September 11, 1987.

Petition for certification denied.

TRUDY ROSENTHAL v. SALVATORE LE PRE.

September 11, 1987.

Petition for certification denied.

ARTHUR WAKEFIELD v. LOUIS NICKOLOPOULOS.

September 11, 1987.

Petition for certification denied.